UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-393-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ANTHONY BANKS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:      Theft of Government Property

Date of Detention Hearing:    November 28, 2007

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        1.      Defendant has been incarcerated for the last nine months in the King County jail.

He states that prior to that, he was transient in the King County area for the last nine years.  His

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 1

01 employment has been mostly self-employed as a mechanic and for temporary employment

02 agencies.

03     2.     Defendant reports mental health problems and a history of substance abuse. He

04 has a lengthy criminal record that includes crimes of violence, a history of failing to appear, and

05 a history of failing to comply with court orders. There are nine outstanding bench warrants

06 reflected in his criminal history. He is associated with multiple aliases.

07     3.     Defendant poses a risk of nonappearance based on lack of strong ties to this

08 District, lack of stable residence, association with multiple aliases, mental health and substance

09 abuse problems, a history of failing to appear and outstanding bench warrants. He poses a risk

10 of danger due to criminal history, substance abuse and untreated mental health issues, and a history

11 of violating protective orders.

12     4.     There does not appear to be any condition or combination of conditions that will

13 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

14 to other persons or the community.

15 It is therefore ORDERED:

16     (1)     Defendant shall be detained pending trial and committed to the custody of the

17     Attorney General for confinement in a correction facility separate, to the extent

18     practicable, from persons awaiting or serving sentences or being held in custody

19     pending appeal;

20     (2)     Defendant shall be afforded reasonable opportunity for private consultation with

21     counsel;

22     (3)     On order of a court of the United States or on request of an attorney for the

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2

01   Government, the person in charge of the corrections facility in which defendant is

02   confined shall deliver the defendant to a United States Marshal for the purpose of

03   an appearance in connection with a court proceeding; and

04   (4)   The clerk shall direct copies of this Order to counsel for the United States, to

05   counsel for the defendant, to the United States Marshal, and to the United States

06   Pretrial Services Officer.

07   DATED this 28th day of November, 2007.

09   Mary Alice Theiler
     United States Magistrate Judge

DETENTION ORDER                                    15.13
18 U.S.C. § 3142(i)                              Rev. 1/91
PAGE 3