UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY BANKS,

    Defendant.

Case No. CR07-393-TSZ

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 26, 2009. The United States was represented by Assistant United States Attorney James M. Lord, and the defendant by Lee Covell.

The defendant had been charged and convicted of Theft of Government Property, in violation of 18 U.S.C. § 641. On or about March 20, 2008, defendant was sentenced by the Honorable Thomas S. Zilly, to a term of five (5) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, $6,702 restitution, submit to search, obtain no new credit and/or loans, employment restrictions, participate in a residential reentry program for a period of up to 120 days.

In a Petition for Warrant or Summons, dated November 13, 2008, U.S. Probation

Officer Thomas J. Fitzgerald asserted the following violation by defendant of the conditions of his supervised release:

    (1)    Failing to reside in and satisfactorily participate in a residential reentry program for a period of up to 120 days as directed since November 8, 2008, in violation of his special condition of supervised release.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violation.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has not been set before the Honorable Thomas S. Zilly.

Pending a final determination by the Court, the defendant has been detained.

DATED this 26th day of February, 2009.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:    Honorable Thomas S. Zilly
       AUSA:    Mr. James M. Lord
       Defendant's attorney:    Mr. Lee Covell
       Probation officer:    Mr. Thomas Fitzgerald